02-12-403-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00403-CR 

 

 


 
 
 Paula Faye Netter
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM THE 396TH
District Court OF TARRANT COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s “Motion To Dismiss Appeal.”  The motion complies
with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal in cause No. 02-12-403-CR (relating to trial court cause
no. 1170799D).  See Tex. R. App. P.
42.2(a), 43.2(f).  The appeal in cause number 02-12-402-CR (relating
to trial court cause no. 1210337D) remains pending in this court.

 

PER
CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  December 21,
2012.

 








 









[1]See Tex. R. App. P. 47.4.